UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Cause No. 4:11-cr-1-SEB-MGN |
| ROBIE L. TURNER, | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE=S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge=s Report and Recommendation dated September 4, 2012, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. Robie L. Turner shall be committed to the Bureau of Prisons to serve a term of imprisonment of six (6) months followed by eighteen (18) months of supervised release with the same terms and conditions previously imposed. As an additional condition of supervised release, Mr. Turner shall reside for a period of six (6) months at a residential re-entry center and shall observe the rules of that facility.

The Court further recommends that Defendant be encouraged to participate, to the fullest extent possible, in an intensive drug treatment program while incarcerated. While on Supervised Release the defendant shall participate in a substance abuse treatment program which may include no more than eight (8) drug tests per month, and shall pay a portion of the fees. The defendant shall abstain from the use of all intoxicants, including alcohol, while participating in such substance abuse treatment program.

The amount of restitution ordered by the sentencing court is unchanged.

So ORDERED.

Date: 09/13/2012

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

All electronically registered counsel via CM/ECF

U.S. Marshal

U.S. Probation